JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| MARIO ENCISO, | ) ED CV 12-00864-CJC (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| HUBBERT, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: September 26, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE